## SUMMONS IN A CIVIL ACTION

| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA | |
|---|---|
| MARY ALAMO<br><br>v.<br><br>INTERNAL CREDIT SYSTEMS, INC. | CIVIL ACTION NO. 10-2073<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Internal Credit Systems, Inc<br>5504 Durham Chapel Hill Blvd.<br>Suite 200<br>Durham, NC 27707 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Craig Thor Kimmel, Esq.
30 E. Butler Pike
Ambler, PA 19002

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| Michael E. Kunz, Clerk of Court | Date: 5/6/10 |
|---|---|
| (By) Deputy Clerk<br><br>PATRICIA A. JONES | |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attn: Theodore Lachman
   Internal Credit Systems
   5540 Durham Chapel Hill
   Boulevard, Suite 200
   Durham, N.C. 27707

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number
   (Transfer from service label)

   7009 2250 0003 8216 4434

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540